IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR146 |
| vs. | |
| EUGENE E. GRIFFIN, | ORDER |
| Defendant. | |

Defendant Eugene E. Griffin appeared by before the court on May 30, 2018, on a Petition for Warrant or Summons for Offender Under Supervision [51]. Defendant was represented by Assistant Federal Public Defender, Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney, Kimberly C. Bunjer. The government did not seek detention, and therefore Defendant was not entitled to a preliminary examination. Defendant was released on the current and modified terms and conditions of supervision.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before District Judge Rossiter.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Robert F. Rossiter, Jr. in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 12, 2018, at 9:30 a.m. Defendant must be present in person.

2. Defendant is released on current and modified terms and conditions of supervision.

Dated this 30th day of May, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge